UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DRAKAINA LOGISTICS, et al.,<br><br>Defendants. | Case No.: 1:21-cv-1436 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION<br><br>(Doc. 11) |

Prince Paul Raymond Williams asserts he suffered violations of his civil rights and federal criminal statutes. (*See* Doc. 4.) The assigned magistrate judge found Plaintiff failed to state a cognizable claim and granted Plaintiff leave to amend the complaint within 21 days. (Doc. 6.) The Court advised Plaintiff that if he failed to file an amended complaint, the magistrate judge would "recommend… this action be dismissed for failure to state a claim and to obey a court order." (*Id.* at 12, emphasis omitted.)

After Plaintiff failed to file an amended complaint, the magistrate judge issued an order to show cause why the action should not be dismissed or to file an amended complaint. (Doc. 10.) Again, Plaintiff did not respond to the Court's order. The magistrate judge then found Plaintiff failed to comply with the Court's orders and failed to prosecute the matter. (Doc. 11.) Therefore, the magistrate judge recommended the action be dismissed with prejudice. (*Id.* at 3.)

The Court granted Plaintiff 14 days to file any objections to the Findings and

Recommendations (Doc. 11 at 2.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  To date, Plaintiff has not filed objections and the time to do so has passed.

According to of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  Having carefully reviewed the file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 5, 2022 (Doc. 11) are adopted in full.
2. The action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

UNITED STATES DISTRICT JUDGE

2